**LOCAL FORM 1007.1**

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Richard Kevin McGill** _____    Case No.  **3:21-bk-30704-SHB**
                        Debtor(s)                         Chapter    **7**

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |

**/s/ Richard Kevin McGill**
_____
**[SIGNATURE OF DEBTOR]**                          **[SIGNATURE OF JOINT DEBTOR]**

Date:    **April 23, 2021**                         Date:
_____

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 04/01/2021 |
| Period Ending: | 04/15/2021 |
| Pay Date: | 04/15/2021 |

FIRSTBANK
P.O. BOX 388
LEXINGTON, TN 38351-0388

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 3
   TN: No State Income Tax

RICHARD KEVIN MCGILL
1400 MOSSY ROCK LANE
KNOXVILLE TN 37922

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3203.13 | 86.67 | 3,203.13 | 22,109.39 |
| Ann Prf Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$3,203.13** | 24,109.39 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -208.66 | 1,863.14 |
| Social Security Tax | | -182.60 | 1,382.61 |
| Medicare Tax | | -42.70 | 323.35 |
| **Other** | | | |
| Dental | | -31.00* | 217.00 |
| Medical | | -249.31* | 1,745.17 |
| **Net Pay** | | **$2,488.86** | |
| Checking | | -2,488.86 | 18,578.12 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Elig Wg Stk Pur | 3,203.13 | 24,109.39 |
| Group Term Life | 22.35 | 153.01 |
| Legacy Balance | 24.00 | |
| Pto Balance | 184.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 731-968-4211

BASIS OF PAY: SALARY

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are $2,922.82

© 2000 ADP, LLC

---

FIRSTBANK
P.O. BOX 388
LEXINGTON, TN 38351-0388

| | |
|---|---|
| **Advice number:** | 00000151852 |
| Pay date: | 04/15/2021 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **RICHARD KEVIN MCGILL** | xxxxxxxx8764 | xxxx xxxx | $2,488.86 |

**NON-NEGOTIABLE**