**SO ORDERED.**
**SIGNED this 22nd day of July, 2021**



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**Richard Kevin McGill**                        Case No. **3:21-BK-30704-SHB**
                                                Chapter 7

Debtor.

### ORDER APPROVING OBJECTION TO CLAIMED EXEMPTIONS

The trustee filed an objection to the Debtor's claimed homestead exemption in real property located at 1400 Mossy Rock Lane and the Debtor's claimed objections under Tenn. Code Ann. § 26-2-103. A copy of the objection was served on the debtor and his counsel of record, and the debtor agrees that the trustee is entitled to the requested relief. As a result, the court finds in favor of the trustee and grants the objection. The Debtor's claimed homestead exemption in real property located at 1400 Mossy Rock Lane and $2,950.97 in the exempted TVA FCU bank accounts is hereby denied for the reasons set forth in the objection.

###

**APPROVED FOR ENTRY:**

*s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 232
rej@qcflaw.com


s/ R. Deno Cole
R. Deno Cole, BPR No. 018595
Attorney for the Debtor
**McGEHEE, COLE, GUINDI & WALLING, P.C.**
709 Market Street, Suite 2
P.O. Box 57
Knoxville, Tennessee 37901-0057
(865) 281-8400, Ext. 2
(865) 281-8462 (fax)